# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132762

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THELONIOUS DESHANE-EARL SEARCY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132762
COA: 263347
Wayne CC: 04-012890-01

On order of the Court, the application for leave to appeal the October 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

p0416

_____
Clerk